384 A.2d 989

Commonwealth v. Matteo, Appellant.

Argued November 21, 1977. Sydney W. Paul, for appellant; Donald E. Williams, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.